## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW SARABIA, | ) | 3:20-cv-00199-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 31, 2020 |
| WILLIAM GITTERE, et al., | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Court Case Summary or Docket Sheet" (ECF No. 5).  Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course.  However, in this instance, Plaintiff's request shall be granted on a **one-time basis**.  Plaintiff is informed if in the future he wishes to have a copy of the docket sheet, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for a copy of a docket sheet.

Plaintiff's "Motion for Court Case Summary or Docket Sheet" (ECF No. 5) is **GRANTED.** The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the Plaintiff.

   **IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk