AARON D. FORD
   Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
   Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Robert Huston and Warden William Gittere*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW SARABIA,<br><br>                Plaintiff,<br><br>v.<br><br>WARDEN WILLIAM GITTERE, et al.,<br><br>                Defendants. | Case No. 3:20-cv-00199-MMD-WGC<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

      It is stipulated and agreed by and between Plaintiff, Matthew Sarabia, in pro per, and by defendants, Robert Huston and Warden William Gittere, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during Settlement Discussions which concluded on May 18, 2021.

DATED: _[signature] 5/26/21_, 2021

By: _[signature]_
Matthew Sarabia
*Plaintiff Pro Se*

DATED: _May 26th_, 2021

By: _Andrea M. Dominguez_
Andrea M. Dominguez, Bar No. 15209
Deputy Attorney General
*Attorneys for NDOC Defendants*

IT IS SO ORDERED

_[signature]_
DISTRICT COURT JUDGE

DATED: _May 26, 2021_

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 26th day of May, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Matthew Sarabia #1112730
Care of HDSP Law Librarian
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cary Kell
　　　　　　　　　　　　　　　　　　　　　　　　　　An employee of the
　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General